Lewis *v.* Elliott, Appellant.

Argued November 19, 1963.   Before Jones, Cohen, O'Brien and Roberts, JJ.

*Sheldon Tabb,* for appellant.

*Charles L. Ford,* with him *Max E. Cohen* and *E. Walter Helm, III,* for appellee.

*Alan R. Squires,* with him *Jacob B. Abrams,* for appellee.

OPINION PER CURIAM, January 8, 1964:
Judgments affirmed.